**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**LOUIS EFOSA EBHOAYE #A216-158-610**          **CASE NO.  3:26-CV-00089 SEC P**

**VERSUS**                                                          **JUDGE DAVID C. JOSEPH**

**WARDEN RICHWOOD CORRECTIONAL**          **MAGISTRATE JUDGE CAROL B.**
**CENTER**                                                        **WHITEHURST**

## MEMORANDUM ORDER

A review of the record indicates that the petitioner has already paid the filing fee in this matter.  Therefore, petitioner's application to proceed *in forma pauperis* is DENIED.

THUS DONE in Chambers on this ____4th____ day of ___March_____, 2026.

_____
Carol B. Whitehurst
United States Magistrate Judge