**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LOUIS EFOSA EBHOAYE #A216-158-610** | **CASE NO.  3:26-CV-00089 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**<u>MEMORANDUM ORDER</u>**

Before the Court is a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and a Motion for Immediate Consideration (Doc. 2) filed by pro se Petitioner Louis Efosa Ebhoaye ("Ebhoaye").  Ebhoaye is an immigration detainee at Richwood Correctional Center in Monroe, Louisiana.  He challenges the legality of his continued detention.

To determine whether Ebhoaye is entitled to release, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (Doc. 6), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and (4) the Warden at Richwood Correctional Center.

IT IS ORDERED that the Motion for Immediate Consideration (Doc. 2) is GRANTED IN PART to the extent it seeks expedited briefing, but DENIED to the extent it seeks priority consideration.

IT IS FURTHER ORDERED that a Response be filed within **21 days** following the date of service.  Ebhoaye shall have **14 days** to reply to the Response.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 13th day of April, 2026.

Carol B. Whitehurst
United States Magistrate Judge